IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RANDALL W. HILLMAN,<br><br>　　　　　Defendant. | 4:19CR3138<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture (Filing No. 40). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.　On September 29, 2020, this Court entered a Preliminary Order of Forfeiture (Filing No. 34), pursuant to 18 U.S.C. §§ 1029(a)(4) and 1029(a)(2),1029(b)(l) and 982, based on defendant's pleas of guilty to Counts One and Two of the Indictment and admission to the Forfeiture Allegation of the Indictment, thus forfeiting defendant's interest in the $40,101.00 U.S. currency to the United States.

2.　The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 29, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  *See* Declaration of Publication, Filing No. 39.

3.　The United States has advised the Court that no party has filed a Petition.  From a review of the Court file, the Court finds no party has filed a Petition.

4.　The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for Final Order of Forfeiture is hereby granted.

B. All right, title and interest in and to the $40,101.00 U.S. currency, held by any person or entity is hereby forever barred and foreclosed.

C. The $40,101.00 in U.S. currency, is hereby forfeited to the United States of America.

D. The United States is directed to dispose of the currency in accordance with law.

DATED this 23rd day of March 2021.

BY THE COURT:

s/ *Richard G. Kopf*
RICHARD G. KOPF, Senior
United States District Judge